No. 12, original. WISCONSIN *v.* MICHIGAN. March 16, 1936. Final Decree. See *ante,* p. 547.

No. —, original. EX PARTE UNITED STATES NATURO-PATHIC ASSN. ET AL. March 16, 1936. The motion for leave to file petition for writ of mandamus is denied. *Mr. Julius I. Peyser* for petitioners.

No. —, original. ARIZONA *v.* CALIFORNIA ET AL. March 30, 1936. The motion for leave to file petition to intervene of Fred T. Colter et al. is denied.